United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

__10__ CV __1897__

1) indicated that this case is related to the following case(s):

   1:98-cv-02751-SJ
   1:99-cv-07839-SJ-MDG
   1:02-mc-00140-SJ
   1:06-cv-03076-SJ
   1:07-cv-00244-RJD
   1:07-mc-00293-RJD-LB
   1:08-mc-00608-RJD
   1:09-cv-05157-RJD -LB

   1:01-cv-01332-SJ-MDG
   1:01-cv-08379-SJ-LB
   1:01-cv-08382-SJ-LB
   1:02-cv-01465-SJ-LB
   1:03-mc-00099-LB
   1:97-cv-03561-SJ

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV ____.